IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MINNIE TAYLOR, Individually and as
Personal Representative of the ESTATE OF
LOUIE TAYLOR, and HAROLD CUTHAIR,

  Plaintiffs,
v.              No. 21-cv-00613-GJF-JFR

THE UNITED STATES OF AMERICA,

  Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April 2022, I caused a true and correct copy of Defendant's Second Updated Privilege Log, along with a copy of the Certificate of Service, to be served on the following counsel of record:

> Forrest G. Buffington, Esq.
> Barber and Borg, LLC
> P.O. Box 67350
> Albuquerque, NM  87193-7350
> (505) 905-5000
> Forrest@barberborg.com

Respectfully submitted,

FRED J. FEDERICI
United States Attorney

*/s/ Christine H. Lyman 4/8/22*
CHRISTINE H. LYMAN
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 224-1532; Fax: (505) 346-7205
Christine.Lyman@usdoj.gov