# BUREAU OF INDIAN AFFAIRS
## OFFICE OF JUSTICE SERVICES

"I HAVE APPOINTED A POLICE, WHOSE DUTY IT IS TO REPORT TO ME IF THEY KNOW OF ANYTHING THAT IS WRONG."

-THOMAS LIGHTFOOT, 1869
THE FIRST UNITED STATES INDIAN AGENT

# LAW ENFORCEMENT HANDBOOK

## 3rd Edition



2015



© 2015 BIA-OFFICE OF JUSTICE SERVICES

CONFIDENTIAL

Exhibit D2
U.S. (Taylor) 000666

 
I. All vehicles used in transporting prisoners will have the child door lock feature activated or a similar device that prevents the door from being opened from inside the rear seat compartment. In older vehicles, removal of the rear door handle and window cranks may be necessary.

J. Officers shall not stop the transport of a prisoner to respond to other law enforcement needs, such as calls for service, motor vehicle violations, etc. unless exigent circumstances, such as requiring lifesaving measures, exist. The care and safe transport of the prisoner is the transporting officer's primary responsibility. When other responding officer(s) arrive, they shall assume responsibility for managing the exigent circumstance.

K. In the event a prisoner escapes while being transported, the transporting officer will use the following procedures:

1. Notify and request assistance immediately from the jurisdiction the officer is in at the time of the escape.
2. Offer his/her services to recapture the escapee as soon as possible.
3. Submit a written report to the command supervisor as soon as he/she returns to the law enforcement facility explaining the circumstances of the escape.

L. When a prisoner escapes during transport, a Serious Incident Report will be completed by the supervisor and next level notification will be made through the chain of command to the Deputy Bureau Director.

M. Sick, injured, or extremely intoxicated prisoners shall be provided medical treatment as soon as possible. The officer will contact a supervisor immediately and advise him/her of the arrestee's condition. If the supervisor determines the arrestee needs medical screening before booking, the officer will transport the arrestee to an approved health care facility. Based on the condition of the arrestee, an ambulance may need to be summoned to the scene for transport. Once the arrestee's medical condition has been addressed and properly treated by medical personal, the officer shall transport the arrestee to the detention facility for booking.

N. Questions regarding the health status of a prisoner presented to a detention facility during the booking process may require consultation by the law enforcement supervisor, the detention facility supervisor, and health care providers for proper resolution.

O. If a prisoner is being transported to a health care facility, he/she shall be restrained at all times. If restraints must be removed for treatment, the prisoner will be closely monitored by the officer. This will prevent an escape or injury to the health care providers or officer.

1. Such restraints may include handcuffs and leg irons.
2. At no time will the prisoner be left unattended while at the health care facility.

