IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MINNIE TAYLOR, Individually and
as Personal Representative of
the ESTATE OF LOUIE TAYLOR,
and HAROLD CUTHAIR,

    Plaintiffs,

vs.         Case No.
              21-cv-00613-GJF-JFR
THE UNITED STATES OF AMERICA,

    Defendant.

**DEPOSITION OF MINNIE TAYLOR**
April 5, 2022
8:30 a.m.
via videoteleconference

PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE, this deposition was:

TAKEN BY: MS. CHRISTINE H. LYMAN
    Attorney for the Defendant

REPORTED BY: MABEL JIN CHIN, NM CCR #81
    Bean & Associates, Inc.
    Professional Court Reporting Service
    201 Third Street Northwest, Suite 1630
    Albuquerque, New Mexico 87102

(6381N) MC

Exhibit B

**Page 10**

1  Q. And when did you move from Utah to Shiprock?
2  Do you remember?
3  A. Well, I was brought here by my mother when I
4  was a year old, so I have been living here in
5  Shiprock.
6  Q. And are your parents still alive,
7  Mrs. Taylor?
8  A. No.
9  Q. Okay. When did your father die?
10 A. I only had my mom.
11 Q. Your mom is still alive?
12 A. No, she is deceased.
13 Q. Okay. So you don't know, I guess, what
14 happened to your father, then?
15 A. I don't know.
16 Q. And when -- what was your mother's name?
17 A. Helen, Helen Begay.
18 Q. And when did she pass away?
19 A. April of 2020.
20 Q. Oh, no. I'm sorry about that. That's --
21 you had a lot going on at that time already.
22 A. Yes.
23 Q. Did you have any siblings growing up?
24 A. No. Siblings, does this mean brothers and
25 sisters?

**Page 11**

1  Q. So -- so when you were in Shiprock was it
2  just you and your mom?
3  A. Yes.
4  Q. Did your mom ever remarry or have a
5  boyfriend living with you?
6  A. No.
7  Q. Mrs. Taylor, can you tell me about your
8  schooling? How much schooling have you had?
9  A. I -- I graduated 19- -- I can't remember
10 now. And I went to one year of junior college.
11 That's about it.
12 Q. Do you recall what you studied in junior
13 college?
14 A. It was just the general courses.
15 Q. And so I see here on the screen it says
16 occupation, it says retired, 11/21/2019. Can you tell
17 me what you retired from?
18 A. I was working for Navajo Nation.
19 Q. Can you tell me what you did for Navajo
20 Nation?
21 A. I was working with the Navajo Uranium
22 Office.
23 Q. And what did you do for that office?
24 A. I was a caseworker there.
25 Q. Can you describe what that means?

**Page 12**

1  A. I just interviewed clients, with people that
2  worked in the mines, mining area.
3  Q. And what --
4  A. Mostly case work and interviews and travel
5  here and there.
6  Q. And was that in Shiprock?
7  A. Yes.
8  Q. And what kind of claims are being filed with
9  regard to the uranium mine?
10 A. Mostly were miners, transporters and
11 millers. And they also include people, janitors
12 working in the mine area and those --
13 Q. Okay. So these are people who got sick from
14 working or being near the mines; is that right?
15 A. Yes.
16 Q. And how long had you been doing that kind of
17 work before you retired?
18 A. Um -- from there -- um -- I started back in
19 2015. I don't remember the date, but it was in
20 October 2015 all the way up to 2019 when I retired.
21 Q. And Mrs. Taylor --
22    (A discussion was held off the record.)
23 Q. So Mrs. Taylor, before you worked in the
24 uranium mine, what other jobs did you have?
25 A. I worked in various different places, like,

**Page 13**

1  I worked in -- um -- business departments, like,
2  Dillard's Department Store, Ross Department Store, and
3  just, you know, different -- different places.
4  Q. Were you working at -- doing office work or
5  were you working in sales? What kind of --
6  A. Working -- working in sales.
7  Q. Mrs. Taylor, do you recall while your son
8  Louie was growing up what kind of jobs you had?
9  A. It's what I just mentioned under Navajo
10 Nation and different sales, department stores, so I
11 always had a job.
12 Q. Okay.
13 A. And some of them were, like, temporary, and
14 full-time, and sometimes I'll take a part-time job.
15 So I always worked.
16 Q. Well, I want to turn now to Mr. Cuthair. He
17 is a co-plaintiff. He is also a plaintiff in this
18 case. Can you tell me about your relationship with
19 Mr. Cuthair and? I am hoping I'm pronouncing it
20 correctly.
21 A. Can you rephrase that and make it more
22 simple of what you mean by that?
23 Q. Well, how did you meet Mr. Cuthair?
24 A. Um -- okay. That's another job that I was
25 working in Towaoc, Colorado, Towaoc Ute Mountain

production@litsupport.com        Bean & Associates, Inc. 201 Third Street NW, Ste. 1630, Albuquerque New Mexico 87102        505.843.9494

Exhibit B

**Page 14**

1  Health Center. That's where I met him, and I was with
2  him and we went our separate ways the year of 1993.
3      Q. Were you are married to Mr. Cuthair?
4      A. Just common law.
5      Q. Did you have any other significant
6  relationships with people other than Mr. Cuthair?
7      A. No.
8      Q. Were you ever married?
9      A. Just common law. And I'm a single -- single
10 parent after that. I have been a single parent with
11 my two boys -- two sons.
12     Q. So, I guess I'm wondering how you have the
13 last name Taylor if your mother was Begay and your
14 common-law husband was Mr. Cuthair, where does the
15 name Taylor come from?
16     A. I'm trying to think all of these -- I just
17 couldn't understand these names that my mom -- that my
18 mom gave me. It was kind of, like, I don't know. My
19 mom was an uneducated mother. She never went to
20 school. And like I said, I was the only child.
21     Q. Did she give you the name Taylor?
22     A. Okay. On that one, Taylor, that was back in
23 -- Taylor is back in -- I'm sorry, that I can't recall
24 all these -- these names.
25     Q. But Taylor is your last name and was your

**Page 15**

1  son's last name; correct?
2      A. Yes, Louie Dean Taylor.
3      Q. And I'm asking you, where does the name
4  Taylor come from? Were you born Minnie Taylor? Is
5  that on your birth certificate?
6      A. No.
7      Q. What was your name on your birth
8  certificate?
9      A. It is -- it's my maiden name from -- um --
10 on my -- oh, it was under my mom signed off on -- I
11 think I have it at home. It's an old document that
12 she put as Minnie Begay at first. That is on my -- my
13 BIA birth certificate. That's what I had and -- go
14 ahead.
15     Q. I'm sorry. At some point your name changed
16 to Minnie Taylor, and I'm just asking you why did you
17 change your name to Minnie Taylor?
18     A. Okay. On those years after I never changed
19 the name, it was my mom just put me as Begay at first,
20 and then with that name, it was -- um -- I can't
21 remember -- I can't recall the year, the years that --
22 um -- I wasn't thinking about these things at this
23 time, at this moment, I told you. I just -- because
24 with so many things due to going -- going through so
25 much, and it's not all about the years all these

**Page 16**

1  things took place, it's not in my mind because I think
2  of these things are in the past and so many things
3  have happened and -- and all I'm focusing is -- is the
4  loss of my loved one, and now it's just bringing back
5  those -- things that stay in the past, and at that
6  time -- it's so many years back that -- now, it's,
7  like, right now, I'm just focusing on this, not in the
8  -- not so many things in the past. Is that I was -- I
9  was married before. It's Taylor, but he is deceased,
10 and I can't recall the years.
11     Q. Okay. I'm not asking you about the years,
12 Mrs. Taylor. I understand that this is hard to
13 remember.
14     A. Yeah.
15     Q. And so, can I then -- so you said you were
16 married to somebody named Taylor?
17     A. Yes, and he is deceased.
18     Q. Do you recall what -- what was his name?
19     A. Gene, G-E-N-E, Taylor.
20     Q. Were you married to Gene Taylor before or
21 after you were with Mr. Cuthair?
22     A. Before, the first -- the first.
23     Q. And were you married to anybody other than
24 Mr. Taylor?
25     A. No. And Harold was the common-law.

**Page 17**

1      Q. Did you divorce from Mr. Taylor?
2      A. No. He just deceased.
3      Q. Okay. So you were married to Gene Taylor
4  and then he died, and then --
5      A. Yes.
6      Q. -- you went with Mr. Cuthair; is that right?
7      A. Yes.
8      Q. Okay. You mentioned that you had two sons.
9  Can you tell me their names?
10     A. Okay. There was Louie Dean Taylor, my
11 oldest one. And my second youngest one is Karsten,
12 K-A-R-S-T-E-N, Cuthair.
13     Q. Is Harold Cuthair Karsten's father?
14     A. Yes.
15     Q. And Harold Cuthair is also Louie's father;
16 is that right?
17     A. Repeat that?
18     Q. Is Harold Cuthair also Louie's father?
19     A. Yes.
20     Q. Can you tell me Louie's date of birth?
21     A. 12   1986.
22     Q. And what about Karsten?
23     A.
24     Q. So, you said that you separated from Harold
25 in 1993? Is that right?

production@litsupport.com       Bean & Associates, Inc. 201 Third Street NW, Ste. 1630, Albuquerque New Mexico 87102       505.843.9494

Exhibit B

Page 30

```
 1  dogs, cats, and he used to say, I want to be a
 2  veterinarian some day.
 3      Q.  While he was -- while he was in college did
 4  he continue to live at home or did he live --
 5      A.  Yeah.
 6      Q.  Did he live near the college?
 7      A.  He continued to stay, live with me.
 8      Q.  And so I noticed that there is about a
 9  four-year gap between when he left high school and
10  when he got his GED.  Can you tell me what he did from
11  2004 to 2008?
12      A.  He did work at the Ute Mountain Casino, the
13  bingo hall, and he worked various jobs here in
14  Shiprock, at a Video Shack, and then a Chinese
15  restaurant here in Shiprock.  At that time it was a
16  different -- it was a different restaurant.  And then
17  he -- from there he worked -- he just worked to make
18  some money, so -- he was into (unintelligible), and
19  sometimes he liked to go and gamble.
20      Q.  Okay.  Well, I want to move to, on this
21  exhibit, Exhibit 1, I think you did mention some of
22  the things that are on there.  Just a second here.
23      So interrogatory number 7 is asking about
24  his employment.  And so the first thing here was Ute
25  Mountain Casino, 2009 to 2010, bingo clerk.  So it
```

Page 31

```
 1  looks like it was after he went to college; is that
 2  right?
 3      A.  Yes.
 4      Q.  Okay.  And do you know why he left that job?
 5      A.  Like, from there -- from there to back home
 6  it's, like, 30 miles.  It was a lot of wear and tear
 7  and cost of gas and all of that, so -- so he only
 8  worked there for a while.
 9      Q.  Did his father have anything to do with the
10  casino?
11      A.  Um -- I don't understand that question.
12      Q.  Did his father work at the casino also?
13      A.  No.  He -- he had -- he had a lot of jobs
14  also.  He was councilman there, and he was also the
15  chairman there, and he -- he did a lot of work in his
16  own community also, and he also worked there before
17  when it was open, part-time jobs.
18      Q.  Okay.  So we talked about the casino.  Now,
19  it says Shack clerk, Shiprock, New Mexico, 2008 to
20  2009.  Is that the video Shack you were talking about?
21      A.  Yes.
22      Q.  So can you tell me, is this, like, a video
23  rental store?
24      A.  Yes.
25      Q.  And do you know why he left that job?
```

Page 32

```
 1      A.  Um -- he was like -- like -- um -- it's like
 2  -- coming from his brother, it's just, like, always
 3  work late shifts and getting off late and all that, so
 4  he worked there for a while and he left.
 5      Q.  You said coming from his brother.  So, is
 6  that something that Karsten told you?
 7      A.  Yes.  They shared a lot of things together,
 8  and I was the last to know.
 9      Q.  Okay.  And then, the last thing in this
10  response, it says Bamboo Chinese.  Is that the
11  restaurant you were talking about earlier?
12      A.  Yes, it was a different restaurant at that
13  time.  It was a different company or business at that
14  time, and he worked there as a waiter also.
15      Q.  But you don't remember about what time
16  period?  Was it before he went to college or was it
17  after?
18      A.  It was, like, the same, after hours, after
19  classes.
20      Q.  So was it --
21      A.  On the weekend.  Weekends through -- the
22  weekend job.
23      Q.  Okay.  So, after he was a bingo clerk at Ute
24  Mountain Casino do you recall him having any other
25  jobs?
```

Page 33

```
 1      A.  Um -- that's about it.  That's about it.
 2  And most of the time -- and that -- like I said
 3  earlier, he likes to gamble, and he was making money
 4  off of that for himself.  But he didn't share all that
 5  information, he didn't share all that with me because
 6  I thought that -- you know, he loved to gamble and he
 7  won quite a bit at times that -- so he had money for
 8  himself.
 9      Q.  So -- so are you saying that he didn't have
10  a job because he could support himself by gambling?
11      A.  Yes, I think so.  And he will sometimes --
12  um -- his dad, Harold, loved to gamble, too, so
13  sometimes they would get together and go to some of
14  these casinos and go gamble, win some money.  And then
15  that's how he -- how he had money all the time.
16      Q.  Did he ever share this money with you?
17      A.  Yeah.  Sometimes he will buy -- he will buy
18  me lunch and he will buy some groceries.  And, you
19  know, he is always being -- he was always being
20  helpful.  Gas money, here, mom, here's some money for
21  your gas.  Yeah, he was helpful.
22      Q.  Did you keep track of all the times he
23  helped you with money?
24      A.  No.  No.  I'm a parent.  I'm a parent where
25  I have so much love for them and that I don't
```

production@litsupport.com    Bean & Associates, Inc. 201 Third Street NW, Ste. 1630, Albuquerque New Mexico 87102    505.843.9494

Exhibit B

Page 34

1  expect -- I don't expect this, and that, money and
2  whatnot from -- from my sons.
3      Q. Do you know about roughly how much money he
4  would give you per month?
5      A. No. I can't -- I can't recall that.
6      Q. I'm assuming that when you gamble sometimes
7  you lose. Did Louie ever ask you for money if he
8  lost?
9      A. No. No. He -- no. He never had, and --
10 but with gas, you know, I'll help him, and I think his
11 dad helped him sometimes when he needs gas.
12     Q. Did Louie have a car?
13     A. He had a car, yes and then -- and it broke
14 down.
15     Q. What kind of car did he have?
16     A. It was just an old model, old model car, and
17 it was -- it was a Cavalier, the old model car.
18     Q. Who bought the car? Did Louie buy it with
19 his own money or did you guys buy it for him?
20     A. Yes, he did. He did, he got it on his own.
21     I don't know how much -- I don't know how
22 much he paid on it. And he just paid on his own.
23     Q. Do you know if he had insurance on the car?
24     A. Yes.
25     Q. Did he pay for the insurance?

Page 35

1      A. Yes.
2      Q. Do you know if he had a car payment or did
3  he just buy it with cash?
4      A. No, with cash. No monthly payments.
5      Q. I'm going to go down to another one of these
6  responses here.
7      Hold on a sec. I'm having trouble finding
8  where I want to go, so --
9      Okay. So I'm going to go here to
10 interrogatory 18. Oops --
11     A. I can't see that.
12     Q. Sorry. Let me make it bigger for you
13 here. Is that better?
14     A. Yes.
15     Q. Okay. I asked here about his income, and
16 you said -- your response was, "I am unsure.
17 Employment income and gaming income is unknown to me."
18 So you don't know how much money Louie was making
19 through employment or gambling?
20     A. Yes, I'm unsure of all that.
21     Q. And I see that his father, Harold, "My son
22 received 2,000 per year, and two bonus of $200
23 December and June from the Ute Mountain Tribe." Do
24 you know what that is?
25     A. That's coming from their -- called per

Page 36

1  capita from the Ute Mountain Tribe, from their tribe.
2      I -- I don't really understand, but it just
3  -- it's the tribe that they -- they provide with some
4  money yearly and -- and on certain months it changes,
5  so --
6      Mostly Harold should know all that, and my
7  son, but I don't really -- I do not really know how
8  all that works.
9      Q. Do you know if Louie got a check every month
10 from the Ute Mountain Tribe?
11     A. Yes. Yes, they had.
12     Q. Where would he keep the money from these
13 checks? Did he have a bank account?
14     A. I have no idea. I never -- I never got into
15 his personal business. But like I said -- but, like,
16 he did help me with groceries, and sometimes pay the
17 light bill, but I just never did question all that.
18     Q. So when he got these checks, I mean, he was
19 an adult living at home?
20     A. Yes.
21     Q. Did he pay rent?
22     A. No. It was just mostly light bill and
23 groceries.
24     Q. But you don't know how much money he would
25 give you per month?

Page 37

1      A. No. Just like I said, it's just mostly
2  covers food and electric bill and some gas.
3      Q. So he was paying for your gas or his gas?
4      A. My gas.
5      Q. Did he give you cash to do this?
6      A. Yes. He will give me in cash most of the
7  time, yes.
8      Q. So you don't know if he had a bank account
9  or any credit cards?
10     A. No, I sure don't know.
11     Q. And did he have -- do you have a bank
12 account that he had access to?
13     A. No. I do have a bank account.
14     Q. But he doesn't have access -- he didn't have
15 access to it?
16     A. No.
17     Q. So if Louie wanted to spend money on -- I
18 mean, I don't know what he was into, but if he wanted
19 to buy something for himself would he spend his own
20 money to do that?
21     A. Yes.
22     Q. And you wouldn't give him money?
23     A. No. Only if he needed gas sometimes, yes.
24     Q. Did he have a phone?
25     A. Um -- not for a long time. Not for a long

Exhibit B

```
                                                38
 1   time.  And he didn't -- I don't know, for some reason
 2   he didn't really -- really wanted to have a phone.
 3          And -- yeah, he really did have a phone.
 4      Q.  How did he pay for the phone?
 5      A.  It was just a free phone under that -- um --
 6   that they call -- Cellular 1 on the reservation.
 7      Q.  Did he pay for his own cell phone?
 8      A.  It was only, like, just -- just a regular
 9   phone, like, $20 a month.
10      Q.  So did you pay for it?
11      A.  No, he did.
12      Q.  Were you on the same phone plan?
13      A.  No.
14      Q.  So did Louie do any chores around the house?
15   Tell me how he, I guess, helped you around the house?
16      A.  Yes, he had.  He helped clean the house.  He
17   didn't like -- he didn't like a messy house, and he
18   was a clean, clean person.  He kept his room nice and
19   clean, organized and -- organized, and he kept
20   everything in order.  And like I said, he liked to be
21   organized.  And he helped -- yeah, he helped clean,
22   and maybe he will sometimes -- he will, as he was
23   growing up, he was always rearranging stuff around and
24   -- and he was an organized person.
25      Q.  Did he clean just his room or did he clean
```

```
                                                39
 1   other areas of the double-wide?
 2      A.  Other areas.  And his room has always been
 3   cleaner than my youngest son's room.
 4      Q.  Does your youngest son still live with you?
 5      A.  Yes.
 6      Q.  Did Louie do any cooking for the family?
 7      A.  He wasn't really into cooking.  He doesn't
 8   -- my youngest son does cooking, but he is into
 9   cleaning, and he is not -- he is not a cooking person.
10          Maybe just -- maybe just, like, fast food,
11   warm up stuff, and that's about it.  He is not into
12   cooking.
13      Q.  Did Louie pay for his own food?
14      A.  Yes.
15      Q.  Did he buy food for you?
16      A.  Yes.
17      Q.  Was that groceries, or did he go to fast
18   food, groceries?
19      A.  No, groceries, and sometimes fast food, but
20   he was pretty much into his own fast food.
21          He would buy groceries, but he will buy
22   groceries and his brother would do the cooking.
23      Q.  Did he know what groceries to buy or did you
24   give him a list?
25      A.  No, knows.  He knows what to get.  He knows
```

```
                                                40
 1   what we all like to eat.
 2      Q.  How often did he go grocery shopping for you
 3   guys?
 4      A.  Um -- say, maybe twice a month.
 5      Q.  Did you ever go with him?
 6      A.  Um -- sometimes, not all the time.
 7   Sometimes he will go do his own.  Sometimes I will go
 8   with him.
 9      Q.  Um -- did Louie do any laundry?
10      A.  Yes.
11      Q.  Did he do his own laundry?
12      A.  Yes.
13      Q.  Or did he do it for the rest of the family?
14      A.  No.  He always loved to do his own laundry.
15   He did his own laundry and everything on his own.
16      Q.  You said that Louie's car broke down.  Did
17   it ever get fixed?
18      A.  No.
19      Q.  After it broke down how did he get around?
20      A.  He just sometimes shared -- shared a
21   vehicle.
22      Q.  And that would be your vehicle?
23      A.  Yes.
24      Q.  What kind of vehicle is that?
25      A.  Um -- it was first it was a Ford SUV, and it
```

```
                                                41
 1   broke down.  And another one was -- another small car,
 2   Ford Focus, and it also broke down.  So, now I -- I
 3   have a -- a Forte, Kia Forte.
 4      Q.  So while Louie was living with you he always
 5   had access to a vehicle; is that right?
 6      A.  Yes.
 7      Q.  Did he have a driver's license?
 8      A.  Yes.
 9      Q.  Did he do any other chores or any help
10   around the house that we haven't talked about?
11      A.  Mostly a lot of cleaning.  He put things in
12   order.  Feed -- feeding the dog.
13      Q.  How many dogs do you have?
14      A.  Like I said, like I had said earlier, he is
15   the type that has a love for animals, any kind of
16   animal, and he rescued -- he rescued the ones I have.
17   I have, like, three that he rescued, and altogether we
18   -- it was eight right now, and there were some here
19   and there, and he really had a heart for animals and
20   he rescued them.  And -- and now I still have them,
21   and anything to do with animals.  He had a heart for
22   animals and horses.  And I was surprised, he said, one
23   of these days I would love to have a -- not porcupine,
24   but a raccoon.  He said he wanted to have a raccoon.
25   I want to have a raccoon.
```

production@litsupport.com    Bean & Associates, Inc. 201 Third Street NW, Ste. 1630, Albuquerque New Mexico 87102    505.843.9494

Exhibit B

50

1  makes me cry every time I see where he used to go.
2  So exercise was his first priority.
3      Q.  So other than exercise, did he have any
4  other hobbies that he liked to do?
5      A.  Um -- dancing.  He loved to dance, which is
6  called -- when he was growing up, but he was -- he was
7  a break dancer, and he danced a lot.  And --
8      Q.  Did he dance in a particular location?
9      A.  Yeah.  That's when he was going to high
10 school, he was just going to a lot of dances then, and
11 he would travel some with some of his friends to go
12 dancing.  And that's where he picked up a lot of
13 exercise, and he never gave up.  He was always in good
14 health.  He never had any problems, like, colds,
15 getting sick, and he was never on any medications and
16 he was always in good health.  And that's why he
17 always talked to us, you guys need to stay healthy, do
18 this and that.  That was his life every day.
19     Q.  How much time did he spend outside of the
20 home during the day?  Was he mostly gone during the
21 day or did he --
22     A.  Yes, he was mostly gone.  He was mostly
23 gone.  He -- he just did so much of all that every
24 day.  He loved to travel, and he was never -- he was
25 hardly home.  Never -- never was the type that -- he

51

1  never stayed home and lay around doing nothing.  He
2  was always -- he was always out of the home, and
3  that's where he will be at, at the aquatic center,
4  that exercise or swimming, or either he is out
5  somewhere hiking and jogging.  That was -- that was
6  his days all the time.
7      Q.  Did he have a particular group of friends
8  that he liked to hang out with?
9      A.  Yeah.  They were all into the same thing,
10 dance, dancing, and some runners.
11     Q.  Did you know who he was hanging out with
12 outside of the home?
13     A.  Um -- not really, but I named a few of them
14 and their parents.  I knew some of their parents.
15 Other than that, I -- he had -- he had so many
16 friends.  He had a lot of friends.  But I didn't know
17 -- I didn't know all of them, just certain ones I knew
18 their parents.
19     Q.  Did they ever come to your house to hang
20 out?
21     A.  No, they didn't.  They didn't hang out at my
22 house, but they would stop by or just talk with him.
23 But they never hang around.  They never hang around my
24 house.
25     Q.  Did Louie come home for meals?  When would

52

1  you see him during the day?
2      A.  Sometimes he will hardly -- like I said, I
3  have always worked and -- and sometimes, you know, he
4  will come home, quick, and he will be gone again,
5  and -- but I said he was hardly home.
6      Q.  So, we talked about him going to the gym and
7  we talked about him hanging out with his friends, and
8  we talked about -- well, I guess -- well, I guess you
9  talked earlier him liking to go gamble with his
10 father.  What other things did Louie like to do?
11     A.  Travel.  He loved to travel.
12     Q.  Where would he travel to?
13     A.  Um -- he has been to -- he has been to -- he
14 has been to Las Vegas a lot of times.  He went to that
15 with some friends.  I, myself, have never been to
16 Vegas, but he has.  And he did that, loved going to
17 Vegas.  So he has been there I don't know how many
18 times.  And so he loved outdoors pretty much.
19     Q.  So -- but he didn't have a job; is that
20 right?
21     A.  No.  No, not -- not a permanent job.  Like I
22 said earlier, he was planning to, really thinking
23 about attending college with his brother.  That was
24 part of his plan.  With his brother, with the last --
25 before he --

53

1      Q.  Would you say that Louie lived under your
2  roof but you had separate lives?
3          MR. BUFFINGTON:  Objection, form.  Answer if
4  you can.
5      A.  Repeat that?
6      Q.  Well, Louie lived in your house but it
7  sounds like he was out of the house a lot; is that
8  right?
9      A.  Yes.
10     Q.  And you weren't really involved in what he
11 was doing; is that right?
12     A.  Pretty much he -- he enjoyed what I
13 explained and I supported him on all that.
14     Q.  But he was doing these activities on his own
15 without you; is that right?
16     A.  Um -- um -- yeah, going to -- I'm not a
17 gambler, so pretty much he did a lot of these things
18 on his own.  Sometimes he gets involved with his dad,
19 so -- but I'm not a gambler, so I didn't -- I didn't
20 get involved going to casinos and stuff like that.
21     Q.  So is it fair to say that you had separate
22 interests from your son?
23     A.  Only -- only with exercise.  I -- I agree
24 with him and I do a lot of walking myself with my
25 dogs, and my son does a lot of walking and exercise,

production@litsupport.com    Bean & Associates, Inc. 201 Third Street NW, Ste. 1630, Albuquerque New Mexico 87102    505.843.9494

Exhibit B

### Page 54

1  too, right now, so -- pretty much -- pretty much we
2  join him in that area.
3     Q.  Are you saying that you would go on walks
4  with Louie?
5     A.  Um -- not really with him, but like I said,
6  he pretty much -- he is into more, more into, like,
7  hiking and deep canyon walks and climbing and all
8  that, but I'm not into that one.  It's just the
9  walking.  Walking, like, maybe three miles straight
10 with my dogs and my youngest son and -- but sometimes
11 my son will join him, but not me.  And just walking.
12    Q.  Okay.  So Louie liked to do very difficult
13 physical activities, then?
14    A.  Yes.  Yes.
15    Q.  Okay.  And those were ones that you weren't
16 able to participate in?
17    A.  No.
18    Q.  No, you weren't able to participate?
19    A.  I could have if I wanted to, but that's a
20 lot -- a lot for me to do because he does so much.  He
21 is sweating and tiring, and he has to climb, and I
22 don't think I can handle that, but he can.  He enjoyed
23 that with his brother.  But with me, I would rather
24 just walk, walk miles straight, not climbing or up the
25 canyon.  No, that's too much for me.

### Page 55

1     Q.  Other than Bioncha Benally do you know of
2  any other girlfriends that Louie might have had?
3     A.  No.
4     Q.  Is it possible he had a girlfriend and you
5  didn't know about her?
6     MS. LYMAN:  Can you guys still hear me?
7  Forrest?  You guys aren't on the screen anymore.
8     (Brief loss of Witness' video connection.)
9     Q.  (By Ms. Lyman) Okay.  So, before you guys
10 cut out, I asked if it was possible that Louie might
11 have had a girlfriend you didn't know about.
12    A.  No.
13    Q.  So you think that if he had a girlfriend you
14 would know about her?
15    A.  Yes.
16    Q.  Were there any girlfriends before Bioncha?
17    A.  No.  He just mainly has -- he has had a lot
18 of friends that I know of -- he knew -- he knew a lot
19 of people here, guys and girls, so --
20    Q.  So Louie didn't have any children; is that
21 right?
22    A.  No.
23    Q.  And he was never married?
24    A.  No.
25    Q.  And he didn't have a common-law wife or

### Page 56

1  anything like that?
2     A.  No.
3     Q.  All right.  Mrs. Taylor, I'm going to go
4  back to sharing my screen, and we're going to go back
5  to Exhibit 1, and I'm going to scroll up to
6  interrogatory number 10 now.
7     So interrogatory number 10 asked about
8  healthcare, health treatments, things like that.  And
9  your answer here is, "To the best of my information
10 and belief, I am unaware of any health issues with
11 Louie.  He never had healthcare or mental healthcare.
12 He never had any care or needed any care for substance
13 or alcohol abuse and was never at a facility for
14 substance or alcohol abuse.  Louie was in good health
15 and was never on any medication."  Is that all true?
16    A.  That's exactly all true.
17    Q.  And is that true for his entire life, or are
18 you just talking about the last ten years?
19    A.  Yes.  No, it's all his life.
20    Q.  So, I'm going to go open up a new exhibit
21 here, and it's some medical records that we received
22 from Northern Navajo Medical Center, and so I'm just
23 going to ask you a few questions about some of these
24 records.  And I apologize, because they are hard to
25 read because some of them are handwritten, but I'm

### Page 57

1  going to show you this first.  These are all medical
2  records.
3     MS. LYMAN:  And Mabel, I would like to mark
4  this as Exhibit 3.
5     (Exhibit 3 marked.)
6     Q.  (By Ms. Lyman)  And so I'm going to show you
7  this first page and I'm going to scroll down because I
8  believe this record is from 1990.  That's the date
9  down here.  And I was going to ask you about this
10 because it states that "Mom called me yesterday," and
11 this is a note from a nurse.  It says you were crying
12 and worried about Lamar.  Is that Louie?
13    A.  Can you repeat that year?
14    Q.  1990.  So I think Louie would have been
15 about 3 years old?
16    A.  I can't -- I can't recall that.
17    Q.  Okay.  And the reason I wanted to ask you
18 about this is because it says that you were worried
19 about your son, and it mentions that -- and it's
20 really hard to read, I know -- but that they wanted
21 you to bring Louie to the ER because he was close to
22 the hospital.  Do you remember him going to the
23 hospital as a child?
24    A.  I think that's -- that's on -- he had -- he
25 was with asthma when -- he was born with asthma and

production@litsupport.com    Bean & Associates, Inc. 201 Third Street NW, Ste. 1630, Albuquerque New Mexico 87102    505.843.9494

Exhibit B

## Page 62

1    A. She thought I was drunk, but I did panic due
2  to my son's asthma. I know. I remember that at one
3  time it was -- it was really bad where I had to call
4  and tell them that I had to run my son over because he
5  -- he is turning -- turning purple or something, and I
6  panicked and I ran him over there, just grabbed him
7  and took him over there. It was at night. I think
8  that's what she is talking about. That's a wrong
9  statement right there on me. I never, ever drunk. I
10  never drink, and I'm not a drunk parent, whatsoever.
11  Never, ever have.
12    Q. Okay. Again, I apologize. I had to ask you
13  about it. But I saw it and it kind of shocked me
14  because I have never seen anything like that in a
15  record before.
16    A. That is really uncalled for.
17    Q. Okay. So -- but you do recall, then, that
18  he had asthma issues at least as a child?
19    A. Yes. Yes. Uh-huh. Yes.
20    Q. And so was it normal for your mother to be
21  the one at home during the day with your -- with Louie
22  when he was young?
23    A. Yes. Both of them, yeah, because she always
24  offered. She always told me -- they were so close
25  with their grandma, and she told me, never, ever take

## Page 63

1  the kids to anybody that you don't know. I would
2  never leave my grandkids with anybody. I want to keep
3  them and make sure I know where they are and I know
4  they are safe and everything. That's what she told me
5  all the time when I was at work, and she always took
6  good care of them.
7    Q. I believe, Mrs. Taylor, that you said that
8  until 1993 Harold was living with you guys?
9    A. Up to '93.
10    Q. So this record is from 1990. Would Harold
11  have been at home with the kids?
12    A. No. No, he -- he had a full-time job also.
13  He always worked, just like -- just the way I always
14  had to be at work.
15    Q. Okay.
16    A. And he was also employed.
17    Q. So when you and Harold were working, then
18  your mother would watch the boys during the day?
19    A. Yes. Yes.
20    Q. Okay. I'm going to move on to the next
21  medical record, and this is a record -- I'm going to
22  go down here -- from 1994, so I think this would be
23  after Harold left. And I wanted to ask about this
24  record because it talks about the patient is in 2nd
25  grade, lives with natural mother and a younger

## Page 64

1  brother. So that would be Karsten?
2    A. Yes.
3    Q. "Grandmother is primary caretaker," and it
4  says "Parents divorced. Father is ETOH," and that
5  means alcohol dependent, and abuser marijuana." Do
6  you know what that's referring to?
7    A. No. He never -- he never was an abuser.
8    Q. Well, substance abuser, they are talking
9  about alcohol and marijuana.
10    A. No. No with alcohol. It's like he
11  wasn't -- he was never an alcoholic. It's just --
12  it's just once in a great while he will have alcohol.
13    Q. So you don't believe that this is correct?
14    A. No. No. He always worked. He was a hard
15  working father, and he is really supported us with
16  income and all that. He was never -- no, that is
17  wrong right there.
18    Q. Okay.
19    A. He always had a job. He always had a job
20  and he worked really extra hard to bring income and
21  support, support us.
22    Q. So even after he left he still supported
23  you?
24    A. Yes. I mentioned that he came by to support
25  the boys, and he took them at times, and he helped us

## Page 65

1  with -- with clothes and whatever they were in need,
2  and he was still supportive.
3    Q. Okay. I'm going to continue reading this
4  record. It says "patient," and that would be your son
5  Louie, "has behavioral problems at school and home.
6  Patient admits to hitting, kicking and swearing at the
7  teacher and mother." Do you have any recollection of
8  Louie doing these things when he was about 8 years
9  old?
10    A. No. No. It's just -- it was -- it was it's
11  the way the things are written and it's like it's so
12  harsh and everything but, no. It's just like the kids
13  things as they're growing up. But this is -- this is
14  -- this is way, way too much.
15    Q. Too much of what?
16    A. Whoever wrote this, that's not -- that's not
17  him. It's at this -- sometimes, you know, kids will
18  throw a fit, but this is -- this is not the way -- the
19  way he was, no.
20    Q. Okay. Because the note says "Patient feels
21  angry at mother because she is mean. She spanks me."
22  Is that true?
23    A. No. I'm not mean. No. No. No. No.
24    Q. You never spanked him?
25    A. No, I just -- as the way the parents

Exhibit B

Page 78

1   adult?
2       A. No.
3       Q. You said he was very health conscious. Why
4   do you think he didn't go to the doctor?
5       A. Well, he never -- I never -- I never -- as
6   he had gotten older I never noticed him being sick or
7   saying, I'm sick, I don't feel well, or I'm coughing,
8   I caught a cold and I have asthma, or anything like
9   that. So on this I think he might have went on his
10  own but he didn't tell me. But I never saw him sick
11  and just laying in bed for days, or see him coughing
12  or can't breathe, or anything like that. I never -- I
13  never recall that, him being sick or anything.
14      Q. Do you recall Louie ever having mental
15  health issues?
16      A. No.
17      Q. Do you recall Louie ever abusing alcohol?
18      A. No. Once in a great while, but it's not
19  like being drunk every day, and he wasn't like that.
20  But, yes, he will -- he will at times, but he was --
21  he wasn't -- he didn't have that addiction with
22  alcohol or drugs that I know of.
23      Q. Do you know if Louie ever took cannabis or
24  marijuana?
25      A. I have no idea.

Page 79

1       Q. So if he did, it might not have been at your
2   house?
3       A. Never, never around me. Those things --
4   those things aren't allowed, as a mother, alcohol and
5   drugs or anything like that, so, no.
6       Q. Did you ever see Louie keep alcohol in the
7   home?
8       A. No. No.
9       Q. Do you know if he went out to any bars, or
10  places like that, to drink?
11      A. I -- I don't know.
12      Q. All right. I'm going to go down to the next
13  page. This is a note from 2008. Luckily this is
14  printed. And it says the clinic is Mental Health. Do
15  you recall Louie going to a mental health clinic in
16  Shiprock in 2008?
17      A. No, not that I know of. No.
18      Q. Okay. I wanted to alert you to the purpose
19  of visit. It says "anxiety disorder, alcohol abuse,
20  unspecified, cannabis abuse, unspecified." Do you
21  recall Louie seeking treatment for any of these
22  conditions?
23      A. No.
24      Q. Is it possible that Louie had those
25  conditions and you just didn't know about them?

Page 80

1       A. I don't know. I was never aware of
2   anything, no.
3       Q. So he never tried to talk to you about
4   having problems with alcohol or cannabis?
5       A. No. What is that? My question, what is
6   cannabis? What is that?
7       Q. So cannabis, I believe, is marijuana.
8       A. Oh. No. He never -- he never, ever
9   mentioned these things. I wasn't aware of this.
10      Q. Is it possible that maybe he talked about
11  these problems with somebody other than you?
12          MR. BUFFINGTON: Objection, foundation.
13      A. Not to my knowledge, I don't think that --
14  no.
15      Q. So if he was having problems who would he
16  normally talk to about these problems?
17      A. I don't think anybody.
18      Q. You don't think he would talk to his father?
19      A. I don't think so.
20      Q. What about Karsten?
21      A. I -- I don't know. He never -- never
22  mentioned anything at all that I am aware of. I don't
23  think so.
24      Q. Okay. But he did, it looks like, try to get
25  help from Shiprock, from the Northern Navajo Medical

Page 81

1   Center, so is it possible he was getting treatment for
2   things you didn't know about?
3       A. I think so.
4       Q. Okay. I'm going to move on to another
5   treatment note from 2008. It's an Operation Report.
6   Do you recall Louie having an operation in 2008?
7       A. Yes, I remember. I remember his
8   gallbladder, yes.
9       Q. So tell me what issues he was having with
10  his gallbladder?
11      A. I really can't recall all these things at
12  all, but I just remember that he did go through that
13  surgery.
14      Q. So you don't remember exactly why he needed
15  the surgery?
16      A. I can't recall that. You know, as you get
17  older you don't remember these things. And I'm over
18  70 now and I can't really recall all these, little by
19  little, inch by inch of everything. And I just
20  remember -- I just remember the operation by reading,
21  and that's it. I don't remember every detail.
22      Q. Do you remember how Louie recovered from the
23  surgery? Do you remember, was it a hard time for him?
24      A. He didn't -- um -- he didn't -- he didn't
25  have a hard time. I think he -- I recall that he

production@litsupport.com        Bean & Associates, Inc. 201 Third Street NW, Ste. 1630, Albuquerque New Mexico 87102        505.843.9494

Exhibit B

Page 118

```
 1   intoxicated in February of 2019?
 2       A.  No.  No.
 3       Q.  Would you have allowed him to take your car
 4   for that purpose, to go to the casino?
 5       A.  At times, yeah, sometimes, but not all the
 6   time.  But I wasn't aware of this at all.
 7       Q.  If you knew that Louie was going to drink at
 8   the casino, would that have concerned you if he had
 9   your car keys and your car?
10       A.  Yes.  It's always a concern, but it's --
11   it's not all the time.
12       Q.  Okay.  I'm going to keep scrolling down
13   here.
14           I believe it states somewhere on this
15   record -- and I apologize that I'm not finding this
16   quickly -- that he was released on a personal
17   recognizance bond.  It's right here.  Do you have any
18   knowledge of this bond?  Did you pay this bond?
19           MR. BUFFINGTON:  Objection, form and
20   foundation.
21       A.  No.
22       Q.  To your knowledge, would Louie have had
23   money to pay for this himself?
24       A.  I'm pretty sure.
25       Q.  Do you recall Louie having to go up to court
```

Page 119

```
 1   in Colorado related to this incident in April of 2019?
 2       A.  I think pretty much he took care of things
 3   on his own.  I'm not aware of this, either.
 4       Q.  Okay.  I'm going to turn to the last page of
 5   this exhibit.  Um -- this is agreement for release on
 6   personal recognizance dated January of 2020, and the
 7   charges appear to be possession of liquor, criminal
 8   impersonation and threatening.  Do you have any
 9   knowledge of this incident?
10       A.  No, I don't.  I'm not aware of it.
11       Q.  So this incident it looks like it happened
12   about two months before Louie's death.  You don't
13   recall him being in jail or being arrested shortly
14   before his death?
15       A.  No, I don't.
16       Q.  Do you happen to know -- this says
17   threatening.  Do you have any knowledge of somebody he
18   might have been threatening?
19       A.  No.
20       Q.  So you had no involvement in this incident;
21   correct?
22       A.  No.
23       Q.  It wasn't you he was threatening?
24       A.  No.
25       Q.  So we have seen numerous records that refer
```

Page 120

```
 1   to intoxication, driving under the influence.  Do you
 2   believe that Louie had a drinking problem?
 3       A.  No, not -- not to my knowledge.  I don't
 4   think so.
 5       Q.  Did you ever encourage him to seek help for
 6   drinking?
 7       A.  No, all I -- all I told him was that, you
 8   know, you just need to -- um -- to not be doing that,
 9   and that's about it.  But I did tell him sometimes,
10   you know, talk about it, but that's about it.
11       Q.  If you had known that he was having some
12   issues with alcohol and getting in trouble for it,
13   what do you think you would have done?
14       A.  Well, as much as I can.  I -- I just, you
15   know, have talked with him and all that but, you know,
16   he still say that I don't have a problem.  I don't
17   have any kind of issues.
18       Q.  So do you think Louie, if you had talked to
19   him about it, would not have been honest with you?
20       A.  I don't know.
21       Q.  Well, other than the incidents that we have
22   talked about just now, are you aware of any other
23   arrests or court activities for Louie that happened?
24       A.  No.  All those I wasn't really aware of it.
25       Q.  Were you aware of any juvenile criminal
```

Page 121

```
 1   activities, anything that happened before he was 18?
 2       A.  No.
 3       Q.  Okay.  Mrs. Taylor, I'm going to stop
 4   sharing this exhibit.  There you are.
 5           And I'm sorry, but, I'm going to have to
 6   turn now to the incident that happened.  I know it's
 7   very painful for you, so if you ever need a break or
 8   want to stop or have a time out, just let me know, and
 9   that's perfectly fine.  And -- um -- this is something
10   that we have to get into for this case, and I
11   apologize in advance.  I don't want to hurt your
12   feelings or make it painful, but I think that it's
13   going to happen, you know, because of -- because of
14   the way you feel about it, so I -- I guess we'll just
15   move forward.  just let me know if you need any time.
16   Okay?
17       A.  Okay.
18       Q.  So I wanted to ask you first about the weeks
19   is leading up to the incident.  And when I say the
20   incident, I am referring to what happened on February
21   29th, 2020.  Do you recall Louie acting any different
22   or being concerned about him for any reason?
23       A.  Yes.  What I saw is -- I never saw him -- I
24   never saw him ever -- him, you know, hallucinating
25   and -- and besides, I don't know how he -- different
```

production@litsupport.com        Bean & Associates, Inc. 201 Third Street NW, Ste. 1630, Albuquerque New Mexico 87102        505.843.9494

Exhibit B

**174**

1  I don't know. I just don't know. I pushed them,
2  pushed them, tell them, help, help my son. Nothing.
3  Now, I'm dealing with it every day, the pain, the
4  hurt, the murder of my son. He had to suffer, suffer
5  until his last breath. I deal with that now every
6  day. Every day. Every day.
7      And just not -- it's really hurting my son
8  (unintelligible) where he can't concentrate at times.
9  He misses his brother. He feels the same way, really
10 angry over his brother.
11     Q. So, Mrs. Taylor, after your son's death did
12 any of those people who came by your house before ever
13 come by again, just trying to visit you or talk to
14 you?
15     A. No. No. I was just -- I was kind of
16 wondering how they knew -- how they knew. Did they
17 know that he is gone? To this day -- to this day I
18 haven't seen anybody come by. And that's what really,
19 really upsets me, too, waiting for anybody to show up
20 at my door. And -- and I know it's coming from one of
21 these people that provided -- that provided these
22 things, gave it to my son.
23     Q. So you said that your son was very into his
24 health and fitness?
25     A. Yes.

**175**

1      Q. Do you have any idea why he would take some
2  drugs that somebody just gave him?
3      A. I have no -- I have no idea, and -- and they
4  knew, both of them, both of my boys knew that those
5  things are dangerous. And -- and they knew. And I
6  think -- I think it's all -- it just comes back down
7  to his friends that probably set this -- I don't know
8  what it will do to you or what -- or I don't know, and
9  he just -- he just took it, and without even thinking
10 what he is getting himself into.
11     Q. Mrs. Taylor, when --
12     MR. BUFFINGTON: Can you hear us?
13     Q. I asked if Louie had a phone when he died?
14     A. He -- he had -- he had it with him. He had
15 it with him. So I never -- I never saw that phone. I
16 never saw that phone. I don't know if they lost it
17 somewhere or -- I did go around and check, but I never
18 saw his phone so I don't know if -- I know he had it.
19     Q. Mrs. Taylor, did you try to search his room
20 after his death to see if you could find any clues
21 about what might have happened?
22     A. No. No. It's been -- it's been really
23 tough and hard on my -- on myself and my son and
24 everything. (Unintelligible) came back with my son,
25 we did leave everything. We just left everything the

**176**

1  way they are and we didn't -- to this day I done my
2  best, I just don't have a heart to go in his room, go
3  through everything. It's hard. It's my son, we don't
4  go in there. We haven't gone in there yet. We are
5  giving each other some time -- some time when that
6  will take place. It's so much, that's how my -- we
7  were really close and -- and to this day it's
8  still left the way it is. I haven't gone in there.
9      And his brother doesn't go in there, either.
10 He has all of his -- all of his belongings and his
11 clothes and everything is still -- is still where he
12 left it. Some day we will have the heart to go in his
13 room.
14     Q. Mrs. Taylor, are you seeing any kind of
15 counselor?
16     A. Yes.
17     Q. Is that Dr. Hanson?
18     A. It depends who is available, and I started
19 off back in May 2019. I thought I was -- I thought I
20 was going to die, and I was just really struggling
21 with my life. I lost my son and -- and -- and that
22 guy that I was seeing, he retired. So I went to some
23 different ones, and I still go, and my next
24 appointment is on the 18th again, this month, and --
25     Q. I requested your medical records but I

**177**

1  didn't see anything about these visits. Which -- are
2  you going to Northern Navajo or is there a special
3  place you are going to?
4      A. I go to Northern Navajo. I saw the lady by
5  the name of Pam, and then another one, Kellwood,
6  Mr. Kellwood, and -- and -- yeah, I -- I --
7      Q. Is it hard for you to go back to that
8  hospital?
9      A. Yes. Yes, it's been really -- it's
10 really -- yes, bad memories, but -- but most of the
11 time I just get on the phone, phone visits with my --
12 with my counselor. And it is -- it is really hard
13 going there at first for, like, my dental -- my dental
14 and for eye appointments and stuff like that. Just
15 really painful going there.
16     Q. Mrs. Taylor, during your counseling or any
17 other medical visits have you been diagnosed with any
18 kind of medical condition after your son's death?
19     A. Well, what I know for myself is that I'm
20 just really forgetful, and sometimes -- sometimes when
21 I'm driving I don't know where I'm driving -- I'm
22 driving, where I'm going. And once I ran the red
23 light because -- but I didn't get stopped, but it's
24 just my loss of memory and lack of sleep at times.
25 And I get -- and I get -- I get so weak thinking about

Exhibit B