IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MINNIE TAYLOR, Individually and
as Personal Representative of
the ESTATE OF LOUIE TAYLOR,
and HAROLD CUTHAIR,

    Plaintiffs,

vs.     Case No.
    21-cv-00613-GJF-JFR
THE UNITED STATES OF AMERICA,

    Defendant.

**DEPOSITION OF HAROLD D. CUTHAIR**
April 6, 2022
8:30 a.m.
via videoteleconference

PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE, this deposition was:

TAKEN BY: MS. CHRISTINE H. LYMAN
    Attorney for the Defendant

REPORTED BY: MABEL JIN CHIN, NM CCR #81
    Bean & Associates, Inc.
    Professional Court Reporting Service
    201 Third Street Northwest, Suite 1630
    Albuquerque, New Mexico 87102

(6382N) MC

Exhibit C

**14**

1  A. Years ago. What does that got to do with
2  the night of Louie's death?
3  Q. Well, Mr. Cuthair, I get to ask the
4  questions, you get to answer them. So I'm asking you,
5  when -- how did you meet Minnie Taylor?
6      MR. BUFFINGTON: Answer it.
7  A. She worked at the -- um -- clinic in Towaoc.
8  Q. Where? I'm sorry, I didn't understand that.
9  A. In Towaoc.
10 Q. No, but she worked where in Towaoc?
11 A. Colorado.
12 Q. But where was she working?
13 A. At the clinic, the IHS clinic.
14 Q. So you met her while she was working at the
15 IHS clinic?
16 A. Yes.
17 Q. And so what were you doing at the clinic?
18 A. She worked there.
19 Q. I understand that she worked there,
20 Mr. Cuthair, but how did you meet her there? What
21 were you doing there?
22 A. I was working there at the same time, at the
23 rec center.
24 Q. Okay. So how long were you in a
25 relationship with her?

**15**

1  A. I have no -- no idea.
2  Q. Did you ever live with Minnie Taylor?
3  A. Off and on.
4  Q. How long into your relationship with Minnie
5  Taylor did you have Louie?
6  A. Back in '86.
7  Q. Well, I understand that's when Louie was
8  born, but had you been seeing Minnie for a while
9  before then? I'm trying to understand where that '86
10 falls in your relationship with Minnie.
11 A. We -- you know, we were living together for
12 a while until I started working at Farm and Ranch.
13 Q. And when did you start working for the
14 ranch?
15 A. In '85.
16 Q. And how long did you work at that ranch?
17 A. Until about '93.
18 Q. So while you were working at the ranch from
19 '85 to '93 did you live with Minnie Taylor?
20 A. Yes, but then I was -- um -- it was a 24/7
21 job. Most of the time I stayed with my mom, or I
22 would sleep in the truck.
23 Q. Where was this ranch located, Mr. Cuthair?
24 A. In Towaoc.
25 Q. And your mom is located there as well?

**16**

1  A. Yes.
2  Q. So from 1985 to 1993 you were mostly staying
3  with your mom or living in your truck out there?
4  A. Yes.
5  Q. Did you ever marry Minnie Taylor?
6  A. No.
7  Q. How did your relationship end?
8  A. Separated.
9  Q. But was it your decision to separate or her
10 decision, or was it a mutual decision?
11 A. Mutual.
12 Q. And do you recall when you separated from
13 Minnie Taylor?
14 A. I can't recall.
15 Q. So I understand that you and Minnie Taylor
16 have two children; is that correct?
17 A. Yes.
18 Q. And who are these two children that you had
19 with Minnie Taylor?
20 A. Louie and Karsten.
21 Q. And do you have any other children,
22 Mr. Cuthair?
23 A. Yes. But then that's not -- has nothing to
24 do with this, your questions, what you're trying to
25 get at.

**17**

1  Q. Well, it's up to me and your attorney to
2  decide what I get to ask, and so you are to answer all
3  the questions that I ask you unless your attorney
4  instructs you not to answer.
5  A. Well, if you are going to continue to ask me
6  this, I'm not --
7      MR. BUFFINGTON: You got to answer most of
8  this. I'm listening to any question if it's not
9  appropriate, but this is called discovery, so it's a
10 very wide, very wide net she gets to cast in the
11 questions, so --
12     THE WITNESS: But this has nothing to do
13 with the death of Louie.
14     MR. BUFFINGTON: That's for her to decide, I
15 guess, so let's go ahead and answer unless I tell you
16 otherwise.
17 Q. (By Ms. Lyman) Mr. Cuthair, I asked you
18 about your other children. Can you please give me
19 their names and their dates of birth?
20 A. I don't know their date of birth.
21 Q. You don't know when your own children were
22 born, Mr. Cuthair?
23 A. Previously I had two daughters, and in '85 I
24 lost my daughter, just like my -- she was 5 years old,
25 and it -- just like what happened to Louie. She got

Exhibit C

**Page 22**

 1  know, as an adult, you know, we are capable of doing
 2  whatever we want, changing names or -- just like
 3  looking for a job.
 4       Q.   So Louie never told you why he decided to
 5  reject your last name and take on a different last
 6  name?
 7       A.   You know, at that time, you know, the -- um
 8  -- Louie, in that case, you know, he could do whatever
 9  he wanted.  He was an adult.  And I didn't ask him why
10  did you change your name.  It could have been my
11  grandmother or my mom's side -- or my mom's side,
12  yeah.
13       Q.   So you never asked him why he did it?
14       A.   No.  That was -- you know, that was -- it
15  was up to him.  It was confidential, you know.  I
16  don't go telling him you got to change your name.
17       Q.   But did you wonder why he decided to reject
18  your last name, as his father?
19       A.   No.
20       Q.   I'm going to turn now to the second page of
21  this document, or the second interrogatory.  So I
22  asked about all the different names that Louie went
23  by, and this is the response.  Do you see all these
24  names listed here?
25       A.   Yes.

**Page 23**

 1       Q.   Do you know why Louie frequently used
 2  different names?
 3       A.   I had no idea.
 4       Q.   Do you know of any names that Louie went by
 5  during his life that are not on this list?
 6       A.   The Carson.
 7       Q.   Carson.  Did he go by Karsten?
 8       A.   No.
 9       Q.   I'm asking you if you know any names that he
10  went by that are not on this list.  Do you know of any
11  names like that?
12       A.   No.
13       Q.   So, Louie, it sounds like he spent his
14  childhood in Shiprock.  How often were you there in
15  Shiprock while he was growing up?
16       A.   Pretty much most of his life.
17       Q.   So did you live with him or did you just
18  visit him?
19       A.   Visit.
20       Q.   How often did you visit Louie?
21       A.   Um -- every now and then.
22       Q.   Do you know who took care of the boys while
23  you were away?
24       A.   His mother and grandmother.
25       Q.   While you were living apart from your family

**Page 24**

 1  did you still have a good relationship with Minnie?
 2       A.   Not at the moment.
 3       Q.   But I mean, back when Louie was growing up?
 4       A.   Um -- not -- no.
 5       Q.   Why is that, Mr. Cuthair?
 6       A.   She -- she didn't allow visitation, but
 7  then, you know, I tried to support him -- support
 8  them.
 9       Q.   Why didn't she allow visitation?
10       A.   What?
11       Q.   Why did she not allow visitation?
12       A.   She was still upset.
13       Q.   Upset about what?
14       A.   About the separation.
15       Q.   Before the separation, though, did you have
16  a good relationship with her?
17       A.   Yes.
18       Q.   Did you visit often?
19       A.   Before, yeah.
20       Q.   Well, I believe you said that the decision
21  to separate was mutual.  Why was she upset with you
22  about the separation if she wanted it, too?  Do you
23  know?
24       A.   There was some things in disagreement.
25       Q.   And what were the disagreements about?

**Page 25**

 1       A.   Separation.
 2       Q.   But you told me that she wanted to separate
 3  as well.  How could that be a disagreement?
 4            MR. BUFFINGTON:  Object to form of the
 5  question.  Go ahead and answer if you can.
 6       A.   I was too busy with my employment at Farm
 7  and Ranch.  I hardly ever came -- you know, I hardly
 8  came here, Shiprock, so I just ended up in Towaoc.
 9       Q.   So are you saying, then, that Minnie was
10  upset with you because you were away?
11       A.   Yes.  I started working.  I had two jobs.
12       Q.   So given that you said that the job at the
13  ranch was basically a 24/7 job I'm trying to
14  understand how you were able to have any involvement
15  in Louie's life growing up.  Can you describe to me
16  how often you saw Louie?
17       A.   I came down to pick him up and took the boys
18  to the farm and showed them what I was doing, what
19  farming was all about.
20       Q.   How often did you do that?
21       A.   Oh, whenever they had the time or -- you
22  know, other times I was busy, you know.  It was -- it
23  was during the drought season here and, you know, I
24  was running a center pivot and a side roll, and I had
25  to get the water down.  So that's what I did.

Exhibit C

**Page 26**

1  Q. When you took the boys to visit the farm did
2  they stay with your mom?
3  A. Who? Excuse me.
4  Q. Well, you said that when you were working at
5  the farm you mostly lived with your mom or in your
6  truck. I'm assuming you did not have the boys live in
7  the truck with you, so I'm asking, did they stay with
8  your mom during those visits?
9  A. No. I only took them to the farm, farm and
10  back.
11  Q. Okay. So they didn't spend the night there?
12  A. No.
13  Q. Did they ever spend the night with you when
14  you were living up there?
15  A. No.
16  Q. I'm going to now look at interrogatory
17  number 4. And this question is about all of the
18  addresses that Louie had during the 10 years before
19  his death, and Minnie's answer refers to a time when
20  he was living in Colorado Springs for seven months.
21  Do you know anything about this time period when he
22  lived in Colorado Springs for seven months?
23  A. I think the -- he -- he mentioned that, but
24  then he never did tell me about whereabouts, what his
25  address was in Colorado Springs.

**Page 27**

1  Q. Do you know roughly when he lived there?
2  A. It was years ago. I can't say.
3  Q. Did Louie ever live with you, Mr. Cuthair?
4  A. No.
5  Q. Okay. I'm going to move down to
6  interrogatory number 6, and it's about Louie's
7  education. Were you at all involved in any of Louie's
8  schooling in terms of -- let me rephrase that. While
9  Louie was in school did you ever hear about Louie
10  having any problems in school?
11  A. No.
12  Q. How often did you talk to Louie during his
13  childhood?
14  A. Oh, we spoke every now and then. But then,
15  you know, he -- if you are trying to get at how he
16  grew up, he didn't grow up in the alcohol or drug
17  environment.
18  Q. Are you aware, then, of any issues he had in
19  school?
20  A. No.
21  Q. Do you know why he did not get a high school
22  diploma?
23  A. Well, he went back and got his GED.
24  Q. I understand that, Mr. Cuthair, but do you
25  know why he didn't graduate from high school? I'm

**Page 28**

1  assuming he didn't graduate from high school. He got
2  a GED. Do you have any knowledge about what led him
3  to not graduate?
4  A. I have no idea.
5  Q. Do you know what Louie was doing at Dine
6  College in 2008 and 2009?
7  A. He was getting his GED.
8  Q. And then after that it says he spent another
9  year there. Do you know what he was studying?
10  A. No idea, but I know he was going to college,
11  but he didn't say. I don't recall what he was going
12  for.
13  Q. All right. I'm going to now move down to
14  interrogatory number 7. Interrogatory number 7 asks
15  about Louie's employment history. And so I noticed
16  that the first answer here is Ute Mountain Casino,
17  2009 to 2010, bingo clerk. Did you work with Louie
18  when he worked at Ute Mountain Casino?
19  A. No.
20  Q. Did you help him get that job?
21  A. No.
22  Q. Were you aware he had this job?
23  A. Yeah. But then, you know, I just told him
24  it's good he got a job.
25      No, I didn't help him get that job. It was

**Page 29**

1  good that he got -- that he had a job, is what I said.
2  Q. I noticed that the job didn't last very
3  long. Do you know why?
4      MR. BUFFINGTON: Could you repeat that? We
5  didn't hear.
6  Q. Sorry. I noticed that the job didn't last
7  very long. Do you know why?
8  A. No. No idea.
9  Q. After he worked at Ute Mountain Casino, are
10  you aware of any other jobs that Louie had?
11  A. Just the -- the Bamboo -- the Bamboo
12  Chinese.
13  Q. Do you know what he was doing at Bamboo
14  Chinese?
15  A. He was the clerk -- the waiter.
16  Q. A waiter?
17  A. Yeah.
18  Q. And that was after he worked at the casino?
19  A. Yes, I guess.
20  Q. Do you know how long he worked there?
21  A. No. No idea.
22  Q. At the time your son died, Mr. Cuthair, are
23  you aware of him having any job or any kind of
24  employment?
25  A. No.

production@litsupport.com    Bean & Associates, Inc. 201 Third Street NW, Ste. 1630, Albuquerque New Mexico 87102    505.843.9494

Exhibit C

**Page 30**

1  Q. Do you know why Louie didn't have a job?
2  A. I have no idea.
3  Q. Do you know whether he was looking for a
4  job?
5  A. No. No idea.
6  Q. Do you know if he wanted to go back to
7  school?
8  A. He was talking about it, but then he never
9  did follow up with it.
10 Q. Do you know what he wanted to do if he went
11 back to school?
12 A. I have no idea.
13 Q. All right. I'm going to move now to
14 interrogatory number 18. So interrogatory 18 asks
15 about Louie's income. You stated "my son received
16 2,000 per year, two bonus, $200, December and June per
17 cap or dividend from the Ute Mountain Ute Tribe, tax
18 exempt." Can you explain what this means?
19 A. That's the revenue, the resources from the
20 land, and each member gets 2,000 per year, and it
21 fluctuates, the bonuses. It increases or decreases.
22 That's what I meant.
23 Q. For how long did Louie get this income? Did
24 he get it while he was a child or only when he was an
25 adult?

**Page 31**

1  A. As a child. As soon as he is enrolled you
2  start getting -- receiving the per cap.
3  Q. Do you know how he would spend this money?
4  A. No.
5  Q. Did you ever get any of this money from
6  Louie?
7  A. No.
8  Q. And you don't know whether he gave any of it
9  to his mother?
10 A. No.
11 Q. Do you know whether Louie had a bank
12 account?
13 A. No.
14 Q. Do you know, other than this income from the
15 Ute Mountain Ute Tribe, whether Louie had any other
16 sources of income?
17 A. No.
18 Q. Did you ever give Louie money after he was
19 an adult?
20 A. When he would ask for it.
21 Q. How often would he ask for money?
22 A. Well, whenever.
23 Q. Was it, like, once a month, or was it, like,
24 every week?
25 A. Once a month you could say.

**Page 32**

1  Q. And how much money did he ask for?
2  A. Um -- anywhere from 20 to $100.
3  Q. Do you know why he needed money?
4  A. Gas money.
5  Q. Did you ever tell him that he should get a
6  job?
7  A. No.
8  Q. Did you ever wonder why he didn't have a
9  job?
10 A. No.
11 Q. Did Louie ever ask for more than $100?
12 A. No.
13 Q. Do you know of any debts that Louie may have
14 had?
15 A. No.
16 Q. So, you testified that Louie never lived
17 with you. So is it fair to say that he didn't help
18 you around the house?
19 A. Occasionally when he would come up, that
20 would be, like, once or twice a week, I had livestock
21 and he would help feed -- feed them.
22 Q. What kind of livestock was this?
23 A. Horses.
24 Q. Did Louie like horses?
25 A. Yes.

**Page 33**

1  Q. Did he ride them?
2  A. No.
3  Q. So, he just fed them?
4  A. Yes.
5  Q. Did he groom them?
6  A. Um -- no -- yeah, I guess you could say
7  that.
8  Q. So tell me exactly what he did with your
9  horses?
10 A. Fed them. That's about it. You know,
11 sometimes he will pet them and stuff like that. You
12 know, that's all.
13 Q. And the food that he was giving to the
14 horses, did you pay for that?
15 A. Yes.
16 Q. How many horses did you have?
17 A. I have five.
18 Q. Do you know or have you ever met Louie's
19 girlfriend Bioncha?
20 A. Yes.
21 Q. Tell me about Bioncha. When do you remember
22 meeting her?
23 A. I don't recall.
24 Q. Was it more than a year -- more than five
25 years ago?

Exhibit C

34

1   A. I don't recall.
2   Q. Do you recall how often you met her?
3   A. No.
4   Q. Do you -- did you get the sense that she and
5   Louie were very serious?
6   A. No.
7   Q. So would you characterize their relationship
8   as casual?
9       MR. BUFFINGTON: Objection, form and
10  foundation. Go ahead and answer if you can.
11  A. Yeah, casual.
12  Q. Do you know if Louie and Bioncha ever lived
13  together?
14  A. Yes.
15  Q. And when was that?
16  A. Before his death.
17  Q. How long before his death?
18  A. I don't recall.
19  Q. Were they still living together at the time
20  of his death?
21  A. No.
22  Q. Do you know when they broke up?
23  A. No idea.
24  Q. Do you know of any other girlfriends that
25  Louie had --

35

1   A. No.
2   Q. -- other than Bioncha? And to your
3   knowledge, Louie didn't have any children?
4   A. No.
5   Q. All right. I'm going to stop sharing my
6   screen. So, from Minnie's deposition yesterday I
7   learned that Louie liked to gamble; is that accurate?
8   A. Yes.
9   Q. What did he do -- I'm assuming he did this
10  at the casino. What kind of games did he play?
11  A. Slot.
12  Q. And did you go to the casino with Louie?
13  A. No. He would show up.
14  Q. What do you mean by he would show up? Where
15  would he show up?
16  A. At the casino.
17  Q. But --
18  A. I was unaware if he was going to be there,
19  so he would just show up and ask for some money, so I
20  would give him money and he would be gone. Take off.
21  Q. So are you referring to the time when you
22  worked at the casino?
23  A. No.
24  Q. So how did you know he was showing up at the
25  casino? Did he show up at your house first?

36

1   A. No.
2   Q. Did he ask you to meet you at the casino?
3   A. No.
4   Q. Well, how did you give him money, then? I'm
5   not understanding where he would show up and how you
6   were there.
7   A. He would be at the same casino that I'm at?
8   I didn't ask him. He would be the one to --
9   Q. Okay. So maybe I misunderstood you, so --
10  you cut out again.
11      (Brief loss of Witness' video connection.)
12      MR. BUFFINGTON: While we were disappeared
13  in electronic land, Mr. Cuthair headed down to the
14  men's room.
15      For the sake of the record, we didn't
16  discuss anything. So -- and I have remained here the
17  whole time, so -- if there was a question that was the
18  last thing on the record, I apologize, but we did not
19  discuss formulating an answer, and the answers aren't
20  in the men's room.
21      (A discussion was held off the record.)
22  Q. (By Ms. Lyman) Mr. Cuthair, before we had
23  the technical difficulties and before you left to use
24  the restroom I was asking you about how you knew that
25  Louie was at the casino. And so I believe you were

37

1   also at the casino doing your own thing when Louie
2   would show up?
3   A. Yes.
4   Q. And that's how you knew Louie was there?
5   A. Yes.
6   Q. Okay. And so when you were at the casino
7   were you also playing slots, or what were you doing
8   there?
9   A. Yes.
10  Q. So, Louie would come, see you while you were
11  playing slots, and ask for money, and then go your
12  separate ways?
13  A. Yes.
14  Q. How much money did he ask for?
15  A. Well, we gave him whatever we had.
16  Q. And when you say we, who are you referring
17  to?
18  A. My wife and I.
19  Q. So you and your wife would be at Ute
20  Mountain Casino playing the slots and then Louie would
21  show up?
22  A. No. No. Not there.
23  Q. Where were you, then?
24  A. Um -- Farmington, and in Ignacio, Colorado.
25  Q. Is there a reason why you didn't play slots

Exhibit C

Page 38

1  at the casino that was on your reservation?
2      A.  At the time when you are -- you know, when
3  you hold the key badge, that's the red badge, and that
4  you are not allowed to play in your own casino.
5      Q.  Oh, what do you mean by --
6      A.  You're dealing with money.  I dealt with
7  money, like I did as a CFM, I was -- you know, paid
8  jackpots out and, you know, I had the key badge.
9  That's -- a key badge is -- you can't -- you can't
10 play in your own store.  If you had the blue badge
11 then you can play bingo or whatever, because you are
12 not dealing with money.
13     Q.  Okay.  So that explains why you weren't at
14 Ute Mountain, but do you know why Louie didn't go to
15 Ute Mountain to gamble?
16     A.  No, I have no idea.
17     Q.  Do you think Louie went to Farmington, and I
18 think you said Ignacio, because he knew you were
19 there?
20     A.  No.
21     Q.  So you don't know why he went to those
22 places?
23     A.  No.
24     Q.  So during these occasions when you and Louie
25 would happen to meet at one of these casinos and he

Page 39

1  would ask you for money, do you remember roughly how
2  much money you would give him?
3      A.  Like I said, it varied.  You know, it was
4  anywhere from 20 to $100.
5      Q.  Okay.  So the money you gave him during
6  these occasions, it wasn't for gas; right?
7      A.  No.  It was for him to play on.
8      Q.  Um -- are you aware of Louie's success
9  playing slots?  Do you know if he won a lot?
10     A.  Well, that -- you know, that's not the --
11 that's -- you know, that's his own thing and, you
12 know, I don't go asking him, did you hit a jackpot or
13 anything like that.  You know, he would be the one to
14 come out with it.  And I go -- I'm not going to ask
15 him how much money did you make or -- you know, it's
16 just not me.
17     Q.  But did Louie ever tell you that he had won
18 a big jackpot?
19     A.  Yes.  But then, you know, that was his --
20 his thing.  So I didn't have to say anything after
21 that.  You know, I just told him that's good.
22     Q.  Do you recall how much money Louie won when
23 he would tell you he won something?
24     A.  No, not really.
25     Q.  Do you know whether Louie was able to

Page 40

1  support himself through gambling?
2      A.  Yes.
3      Q.  And how do you know that?
4      A.  I guess he knew the trick.  He knew when to
5  go and when to hit, hit something, hit a jackpot.
6      Q.  Well, I'm asking you whether Louie was able
7  to support himself financially through gambling, and
8  since you didn't -- you didn't ask him about how much
9  money he won, I'm asking you how you knew he was using
10 gambling winnings to support himself.
11     A.  Say that again?
12     Q.  How did you know that Louie was using
13 gambling winnings to support himself financially?
14     A.  Because he would save, save his winnings.
15     Q.  How did you know he was saving his winnings?
16     A.  That's the way he -- you know, that's the
17 way all gamblers are.  They go and hit a jackpot and
18 then go back the following day, or the same following
19 week.
20     Q.  When you say go back, you mean go back to
21 the casino?
22     A.  Yep.
23     Q.  So are you saying that he would spend any
24 winnings he had gambling?
25     A.  Yes, and for himself.

Page 41

1      Q.  I guess I'm struggling to understand how --
2  why you think he was able to support himself through
3  gambling when you also testified that he would ask you
4  for money any time he saw you at the casino?
5      A.  That's just being supportive.  You know, any
6  person will do that.  Any -- any father and son had
7  that kind of communication, you know.
8      Q.  So you didn't think it was odd that Louie
9  would ask you for money every single time he saw you
10 at the casino?
11     A.  He would spend it how he wishes.  It's not
12 just about the casino.
13     Q.  Okay.
14     A.  There's restaurants there and other stuff
15 there that's available.  It's just like in
16 Albuquerque, you see all the casinos and they have
17 restaurants, food courts, and they have gas stations
18 and hotels.
19     Q.  Mr. Cuthair, did these casinos have liquor?
20     A.  What's that?
21     Q.  Did these casinos have liquor, alcohol?
22     A.  Yes.
23     Q.  Are you aware of Louie ever going and
24 drinking alcohol while at the casino?
25     A.  No.

production@litsupport.com       Bean & Associates, Inc. 201 Third Street NW, Ste. 1630, Albuquerque New Mexico 87102       505.843.9494

Exhibit C

## Page 42

1  Q. Did you ever see Louie intoxicated, ever?
2  A. No.
3  Q. Did Louie ever talk to you about having a
4  drinking problem?
5  A. No.
6  Q. Do you know what Louie's hobbies were?
7  A. Staying fit. He was always exercising,
8  running.
9  Q. Other than running?
10  A. He was in good physical condition.
11  Q. Other than running, what did he do to stay
12  fit?
13  A. What's that?
14  Q. Did he do anything else, other than running,
15  to stay fit?
16  A. Lift weights. He lifted weights.
17  Q. Do you know if Louie did any other kind of
18  exercise?
19  A. No.
20  Q. Do you know if he had any other hobbies
21  other than going to the casino and exercising?
22  A. No.
23  Q. Do you know who Louie's friends were?
24  A. No.
25  Q. Did you ever have meals with Louie?

## Page 43

1  A. Occasionally.
2  Q. Do you know what Louie would like to eat?
3  A. No.
4  Q. Do you know if Louie could cook his own
5  food?
6  A. No, I don't.
7  Q. All right. I'm going to start sharing my
8  screen again. I'm going to go to interrogatory number
9  10. So interrogatory number 10 asked about Louie's
10  health and any healthcare he got in the ten years
11  before his death. And your response "Indian Health
12  Service was his healthcare provider in Shiprock, New
13  Mexico if he needed medical care, which is Northern
14  Navajo Medical Center. No substance or alcohol abuse
15  facilities, no mental health issues, to the best of my
16  information and belief. To my knowledge, my son
17  wasn't on any medication and he was in good health."
18      Mr. Cuthair, are you aware of any health
19  issues Louie had during his entire life?
20  A. No.
21  Q. Are you aware of any asthma that Louie had?
22  A. Um -- no. I don't recall.
23  Q. Do you recall Louie ever being referred by
24  the school for behavioral issues?
25  A. No.

## Page 44

1  Q. Are you aware of Louie and Minnie doing a
2  family therapy together?
3  A. No.
4  Q. Are you aware of Louie being diagnosed with
5  attention deficit hyperactivity disorder?
6  A. No.
7  Q. Are you aware of Louie seeking treatment for
8  alcohol abuse and cannabis abuse?
9  A. No.
10  Q. Are you aware of Louie having his
11  gallbladder removed?
12  A. No.
13  Q. Are you aware of Louie being concerned about
14  his liver function because of alcohol use?
15  A. No.
16  Q. Are you aware of Louie being concerned about
17  not getting muscles after working out?
18  A. No.
19  Q. Are you aware that Louie was prescribed
20  Ritalin?
21  A. No.
22  Q. Are you aware of Louie having a mold
23  allergy?
24  A. No.
25  Q. So you are unaware of any health issue that

## Page 45

1  Louie had in his entire life; is that correct?
2  A. Yes.
3  Q. All right. I want to turn now to
4  interrogatory 17. Interrogatory 17 asks about Louie's
5  arrest history. You state "I am unaware of any felony
6  or misdemeanor arrests." Do you -- you had no
7  knowledge of Louie ever getting arrested?
8  A. No.
9  Q. So Louie didn't ever talk to you about
10  getting in trouble with the law?
11  A. No. And then -- you know, he's not the type
12  of guy that's going to be bragging about his arrests
13  and misdemeanors.
14  Q. Would it surprise you if he had a lengthy
15  arrest history?
16      MR. BUFFINGTON: Objection, form. Go ahead
17  and answer if you can.
18  A. No.
19  Q. Why not?
20  A. Because, you know, it's just -- just like I
21  said, you don't go around bragging about your arrests
22  and stuff like that, and -- and that, you know, he is
23  capable of handling if he was.
24      You know, I have seen -- I seen all the --
25  the documents that I reviewed, and this is all about

production@litsupport.com    Bean & Associates, Inc. 201 Third Street NW, Ste. 1630, Albuquerque New Mexico 87102    505.843.9494

Exhibit C

Page 46

1  his -- his arrest and his medical before his death.
2  Like I said, he didn't grow up in an alcohol or drug
3  environment, and I will say this, and continue to say
4  this.
5     Q.  So are you aware that he was arrested at Ute
6  Mountain Casino in 2019 for intoxication?
7     A.  No.
8     Q.  Are you aware that he told the officers
9  there that you were the chairman of the tribe?
10    A.  No.
11    Q.  Had you ever seen Louie bring up your status
12 as chairman of the tribe to get special treatment?
13    A.  No.
14    Q.  Do you have a problem with that if he had
15 done that?
16    A.  Yeah.  I would have talked to him and let
17 him know that you can't be doing that.
18    Q.  So Louie didn't ask you to bail him out?
19    A.  No.
20    Q.  Whenever he was arrested?
21    A.  No.  No.  What's this all got to do with
22 Louie's death?
23    Q.  Again, sir, these are my questions and you
24 are not asking questions of me, and if your counsel --
25    A.  I'm continuing going to say that.  You know,

Page 47

1  all these reports about his medical records, his
2  history and arrest and any misdemeanors, felonies, it
3  doesn't have -- it does have nothing to do with
4  Louie's death.
5     Q.  Well, that's nice that you think that, sir,
6  but your attorney instructed you to answer the
7  questions unless he objects, so I'm going to have to
8  continue to ask you to respond or we're going to have
9  to terminate this deposition.
10       MR. BUFFINGTON:  Keep answering.  We have
11 to.
12    Q.  How did you learn that your son passed away?
13    A.  I got a call.
14    Q.  Who called you?
15    A.  My sister.
16    Q.  How did your sister find out?  Do you know?
17    A.  From her son.
18    Q.  And how did her son find out, if you know?
19    A.  Minnie had called him.
20    Q.  So you didn't hear about your son's death
21 from Minnie herself?
22    A.  No.
23    Q.  Do you recall when you learned about your
24 son's death?
25    A.  On the 1st.

Page 48

1     Q.  Do you recall what time it was?
2     A.  It was early in the morning.
3     Q.  Were you awake at the time or did the news
4  wake you up?
5     A.  Um -- woke me up.
6     Q.  The previous day did you talk to Louie?
7     A.  The 27th.
8     Q.  The previous day was the 29th.  Did you talk
9  to Louie or text him on the 29th?
10    A.  No.
11    Q.  When was the last time you talked to Louie
12 before he died?
13    A.  On the 27th.
14    Q.  Okay.  Tell me what you guys talked about on
15 the 27th?
16    A.  He said just how I was doing.
17    Q.  Was this a telephone call?
18    A.  No.
19    Q.  So was it a text?
20    A.  Yes.
21    Q.  Did you respond to his text?
22    A.  Yes.  I told him I was doing fine and I was
23 okay, because he was worried about what I was going
24 through.  I had fractured my ankle.
25    Q.  Did you ask Louie how he was doing?

Page 49

1     A.  Yes, and then he said, I'm doing okay.  I'm
2  doing fine.
3     Q.  Before you traded these texts with Louie on
4  the 27th did you have any conversations or
5  interactions with Louie that made you concerned about
6  his health?
7     A.  No.
8     Q.  Did your other son Karsten, or Minnie, ever
9  contact you about being concerned about Louie's
10 health?
11    A.  No.
12    Q.  Did Minnie or Karsten communicate with you
13 at all on the 29th of February, 2020?
14    A.  No.
15    Q.  Since Louie's death have you sought any
16 mental health treatment or counseling?
17    A.  No, not -- I'm not that kind of a person.
18    Q.  Are you taking any medications as a result
19 of Louie's death?
20    A.  No.
21       MS. LYMAN:  All right.  Forrest, I believe
22 I'm done with my questions.  I'll pass the witness.
23       MR. BUFFINGTON:  Well, let's see.  I believe
24 we'll read and sign.
25       MS. LYMAN:  Okay.

Exhibit C