IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MINNIE TAYLOR, Individually and as
Personal Representative of the ESTATE OF
LOUIE TAYLOR, and HAROLD CUTHAIR,

    Plaintiffs,

v.                                              No. 21-cv-00613-GJF-JFR

THE UNITED STATES OF AMERICA,

    Defendant.

## DEFENDANT'S FOURTH SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST SET OF WRITTEN DISCOVERY

### INTERROGATORIES

**INTERROGATORY NO. 8:** States specifically and in detail your version of the incident.

**SUPPLEMENTAL ANSWER (additional details are in bold):** On the evening of February 29, 2020, Navajo Police Department Sgt. Francis Yazzie was dispatched to the Taylor residence after Minnie Taylor called the police repeatedly to demand that an officer deal with her son, Louie Taylor, because he was intoxicated and throwing things around inside the house. As Sgt. Yazzie approached the area, Mrs. Taylor waved him down and told him that her son had run off.

**Shortly thereafter, Mr. Taylor went to the Northern Navajo Medical Center's Emergency Department ("ED"). Instead of entering the doors for walk-in patients, he banged on the ambulance bay doors, which were locked, and was asking for help. Mr. Taylor was let inside the ambulance bay doors into the ED and was led to the triage area, which at the time was located inside the ED. The health tech and triage nurse were in the triage area tending to a patient and were unable to check Mr. Taylor in at the time. The health tech instructed Mr. Taylor to wait in the waiting area just outside of the ED so that he could be triaged. A hospital security guard in the parking lot heard Mr. Taylor creating a disturbance**

**in the waiting area and went to investigate. A total of three hospital security guards engaged with Mr. Taylor to determine why he came to the hospital, and Mr. Taylor responded by talking about an alien invasion.**

At approximately 8:06 pm, a call came in **to police dispatch** from **the Northern Navajo Medical Center EMS office, which at the time was located inside the ED of** Northern Navajo Medical Center**,** reporting that a male subject was banging on the hospital doors and causing a disturbance. Police Officer Danielle Murdock responded to the call and found Mr. Taylor sitting on a bench outside the triage room surrounded by hospital security. Mr. Taylor told Police Officer Murdock that aliens were after him. **As the hospital security officers were unaware that Mr. Taylor was waiting to be triaged, Police Officer Murdock was also not aware of this when taking Mr. Taylor into custody. The hospital did not contact the police at any time that evening to ask them to bring Mr. Taylor back to complete his triage.** Police Officer Murdock escorted Mr. Taylor to her vehicle and transported him to Sgt. Yazzie's location. As she arrived, she saw Mrs. Taylor walking away. Sgt. Yazzie instructed her to place Mr. Taylor under arrest for disorderly conduct and to transport him to the Shiprock Jail.

Mr. Taylor was booked into the Shiprock Jail at approximately 8:33 pm. Police Officer Murdock filled out a suicide screening form and marked yes to detainee appearing to be under the influence of alcohol and/or drugs and yes to exhibiting bizarre behavior. The booking CO, Ariel Lauing-Simms, filled out a medical screening form indicating that Mr. Taylor was conscious and responsive, did not have complaints of pain, and did not request emergency medical intervention. The form noted that he appeared to be under the influence of drugs due to glassy eyes and nervous behavior. She noted that he claimed to be seeing aliens.

COs Peshlakai and Lauing-Simms placed Mr. Taylor in a solitary cell in South 4 for observation and separation from the general population. During a security check at approximately 9:00 pm, Mr. Taylor was noted to be yelling, walking in circles, and pacing. At approximately 9:50 pm, Mr. Taylor was observed to be ok. At approximately 10:22 pm, Mr. Taylor was noted to be banging on the door and yelling. At approximately 11:00 pm, he was noted to be pacing back and forth. By approximately 11:20 pm, he had calmed down and appeared to be sleeping. At approximately 11:30, another security check was performed but no notes added.

During a head count at approximately 12:05 am, CO Peshlakai observed through the tray deliver door that Mr. Taylor was sitting upright next to the cell door. He did not respond when asked if he was ok. CO Peshlakai shook Mr. Taylor on the shoulder and performed a sternum rub with no response. Mr. Taylor was removed from the cell. CO Lauing-Simms called dispatch and requested Emergency Medical Services ("EMS") at approximately 12:08 am. CO Peshlakai retrieved a CPR mask and started chest compressions, alternating with CO Lauing-Simms. COs Lauing-Simms and Peshlakai continued CPR until EMS arrived at approximately 12:13 am. EMS took over CPR and administered a defibrillator. Police Officers Murdock, Drake, and Tso-Tapahonso also arrived on scene. Mr. Taylor was transported to Northern Navajo Hospital at approximately 12:26 am and was pronounced dead at 12:42 am.

**INTERROGATORY NO. 9:** Was an investigation conducted concerning the incident in question? _____ If so, state:

    a. The name, address and occupation of the person conducting the investigation;

    b. The date or dates of the investigation;

    c. The identity of any persons interviewed and the substance of their statements; and,

    d. The findings or conclusions of the investigation.