IN THE UNITED STATES COURT
IN AND FOR THE DISTRICT OF NEW MEXICO

MINNIE TAYLOR, Individually and
As Personal Representative of the ESTATE
Of LOUIE TAYLOR, and HAROLD
CUTHAIR,

           Plaintiffs,

v.                         No.:    1:21-CV-00613 GJF/JFR

THE UNITED STATES OF AMERICA,

           Defendant.

## PLAINTIFFS' RULE 26 EXPERT DISCLOSURES

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, plaintiffs, through counsel of record, makes the following initial disclosures:

1. **Cameron K. Lindsay**
   Cameron Lindsay Consulting Services, LLC
   1313 Jacobs Drive
   Morgantown, WV  26505
   267-252-4965

   Mr. Lindsay is expected to testify regarding the events that occurred before, during, and after Mr. Taylor's incarceration until his death.

2. **Virginia Harvey, M.D.**
   P.O. Box 5304
   Santa Fe, NM 87502
   434-851-7780

   Dr. Harvey is expected to testify regarding whether Mr. Taylor's life could have been saved if he had received proper, timely medical intervention.

3. M. Brian McDonald, Ph.D.
   4219 Coe Drive NE
   Albuquerque, NM 87110
   505-268-9746

   Dr. McDonald is expected to testify regarding value of life testimony and other economic damages.

Exhibit C

Respectfully submitted,

**BARBER & BORG, LLC**

By: _/s/Forrest G. Buffington_
 Forrest G. Buffington
 P.O. Box 67350
 Albuquerque, NM 87193-7350
 (505) 884-0004
 Attorneys for Plaintiffs

Exhibit C