UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Before the Honorable John F. Robbenhaar
United States Magistrate Judge

Clerk's Minutes

**CASE NAME:** *Taylor et al v. The United States of America*

**CASE NUMBER:** Civ. No. 21-613 GJF/JFR

A Follow-Up Rule 16 Settlement Conference was held on Thursday, July 28 2022, *via* ZOOM, before United States Magistrate Judge John F. Robbenhaar.

**Plaintiff's Attorney Present:** Forrest Buffington

**With Clients:** Minnie Taylor
Harold Cuthair

**Defendant's Attorney Present:** Christine Lyman

**RESULTS OF SETTLEMENT CONFERENCE:**

The case settled. Material terms placed on the record.

Closing documents are due within thirty (30) days.

**TIME SPENT IN SETTLEMENT CONFERENCE:**

Thirteen Minutes

**TIME SPENT IN PRE-SETTLEMENT SEPARATE CAUCASES:**

Seventy-Seven Minutes