IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MINNIE TAYLOR, Individually and as
Personal Representative of the ESTATE OF
LOUIE TAYLOR, and HAROLD CUTHAIR,

      Plaintiffs,

v.                                                                           No. 21-cv-00613-GJF-JFR

THE UNITED STATES OF AMERICA,

      Defendant.

## STIPULATION OF DISMISSAL

The parties, by and through undersigned counsel, hereby stipulate to a voluntary dismissal of this action with prejudice, with each party to bear their own costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

                                                        Respectfully Submitted,

                                                        BARBER & BORG, LLC

*consented to on 8/18/22*
FORREST G. BUFFINGTON
Post Office Box 67350
Albuquerque, New Mexico 87193
(505) 884-0004; Fax: (505) 884-0777
forrest@barberborg.com
*Attorneys for Plaintiffs*


ALEXANDER M.M. UBALLEZ
United States Attorney

*/s/ Christine H. Lyman 8/18/22*
CHRISTINE H. LYMAN
Assistant United States Attorney
Post Office Box 607
Albuquerque, New Mexico 87103
(505) 224-1532; Fax: (505) 346-7205
Christine.Lyman@usdoj.gov
*Attorneys for Defendant*